UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGINE FIANDER,<br><br>       Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>       Defendant. | NO.  CV-06-3027-CI<br><br>**JUDGMENT IN A<br>     CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings pursuant to sentence four of 42. U.S.C. § 405(g).  Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

DATED this 21st day of March, 2007.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk